U.S. Department of Justice

Civil Rights Division

NOTICE OF RIGHT TO SUE WITHIN 90 DAYS

VIA EMAIL

*950 Pennsylvania Avenue, N.W.*
*Karen Ferguson , EMP, PHB, Room 4701*
*Washington, DC 20530*

February 04, 2021

Mr. Keith Seward
c/o Olugbenga Abiona, Esquire
Abiona Law
121 South Broad Street
Suite 1200
Philadelphia, PA  19107

Re:  EEOC Charge Against SEPTA
     No. 530202004244

Dear Mr. Seward:

   Because you filed the above charge with the Equal Employment Opportunity Commission, and more than 180 days have elapsed since the date the Commission assumed jurisdiction over the charge, and no suit based thereon has been filed by this Department, and because you through your attorney have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named respondent.

   If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice.

   The investigative file pertaining to your case is located in the EEOC Philadelphia District Office, Philadelphia, PA.

   This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

          Sincerely,

          Gregory B. Friel
          Deputy Assistant Attorney General
          Civil Rights Division

    by     /s/ Karen L. Ferguson
          Karen L. Ferguson
          Supervisory Civil Rights Analyst
          Employment Litigation Section

cc: Philadelphia District Office, EEOC
    SEPTA